IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARKENA HALL-POUNCIL,<br><br>               Plaintiff,<br><br>vs.<br><br>DENIS McDONOUGH, Secretary of the Department of Veterans Affairs, and UNITED STATES OF AMERICA<br><br>               Defendants. | Civ. No. 4:22-cv-00556-LMC |

## CERTIFICATE OF SERVICE

Defendant Denis McDonough hereby certifies that on August 30, 2023 it served initial disclosures pursuant to Federal Rule of Civil Procedure 26, on Danny Thomas and Rebecca Randles, counsel of record for Plaintiff, via email.

Date: August 30, 2023

Respectfully submitted,

Teresa A. Moore
United States Attorney

By    ***/s/ Elizabeth D. Hatting***
Elizabeth D. Hatting, Missouri Bar No. 67337
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, MO 64106
(816) 426-3130
FAX: (816) 426-3165
E-MAIL: elizabeth.hatting@usdoj.gov

ATTORNEY FOR DEFENDANT